UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil No. |
| | : | |
| $54,654 IN UNITED STATES CURRENCY, | : | |
| | : | |
| | : | May 13, 2013 |
| Defendant. | : | |
| | : | |
| [CLAIMANT: JOSE ARZUAGA] | : | |

VERIFIED COMPLAINT OF FORFEITURE

Plaintiff, United States of America, by and through its attorneys, David B. Fein, United States Attorney for the District of Connecticut, and John B. Hughes, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America, $37,042, of the defendant $54,654 in United States currency, hereinafter ("Defendant Currency") for violations of 21 U.S.C. § 881(a)(6).

THE DEFENDANT IN REM

2. The defendant is $54,654 in United States currency.

3. The Defendant Currency is currently in the custody of the United States Marshal's Service.

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Currency. This Court has jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the Defendant Currency under 28 U.S.C. 1355(b).  Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the Defendant Currency pursuant to 18 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

7. The Defendant Currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it represents proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq.

## STIPULATED FORFEITURE AGREEMENT

8. The United States and the Claimant, Jose Arzuaga, have reached an agreement. The terms of the agreement are embodied in a Stipulated Forfeiture Agreement attached hereto as Exhibit A.  Pursuant to the agreement, the Claimant has agreed to the forfeiture of $37,042 in United States currency, and the United States agrees to return the remaining $17,612 of the Defendant Currency to the Claimant in care of his attorney, after the appropriate procedural steps are taken.

WHEREFORE, the United States of America prays that a Warrant of Arrest <u>In</u> <u>Rem</u> for $54,654 in United States currency be issued; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring $37,042 of the Defendant Currency to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper.

        Respectfully submitted,

        DAVID B. FEIN
        UNITED STATES ATTORNEY


        ____/s/_____
        JOHN B. HUGHES
        ASSISTANT U.S. ATTORNEY
        CHIEF, CIVIL DIVISION
        157 CHURCH STREET
        NEW HAVEN, CT  06510
        TELEPHONE:  (203) 821-3700

## DECLARATION

I am a Special Agent of the Drug Enforcement Administration and the case agent assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture, and it is true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of April, 2013.

                                             /s/
                                             RYAN McHUGH
                                             SPECIAL AGENT
                                             DRUG ENFORCEMENT ADMINISTRATION